UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
APR 25 2018
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

EMMA JEAN KINDER

*Plaintiff(s)*

v.

COMMISSIONER OF SOCIAL SECURITY

*Defendant(s)*

Civil Action No. 5:17-CV-165

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☒ Other

other: The Clerk is directed to enter Judgment pursuant to FRCP 58

This action was:
☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED that the Magistrate Judge's Report and Recommendation is AFFIRMED and ADOPTED; that Plaintiff's motion for Summary Judgment is DENIED AS MOOT; that Defendant's unopposed Motion to Remand is GRANTED; that this civil Action is REMANDED to the Commissioner for further action; and it is further

ORDERED that the parties have waived their right to seek appellate review of this matter and that this civil action is DISMISSED and STRICKEN from the active docket of this Court.

Date: 04/25/2018

CLERK OF COURT
Cheryl Dean Riley

*Signature of Clerk or Deputy Clerk*